UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER FRANKLIN PRESCOTT and
DR. JORG BUSSE,

    Plaintiffs,

v.                                      CASE NO: 2:09-cv-41-FtM-99-TBM

RICHARD A. LAZZARA, et al.,

    Defendants.
_____/

## **O R D E R**

Upon due and careful consideration of Plaintiffs' latest motions filed this day, it is ordered and adjudged that these motions, found at dockets 24, 25, 26, 27, 28, 29, and 30 are denied as being wholly without factual or legal merit. Plaintiffs are put on notice that any future motions having no basis in fact or law will be summarily denied by endorsed order. Plaintiffs are reminded of their obligation to file on or before February 13, 2009, a proper response to this Court's order to show cause entered January 30, 2009, at docket 8, failing which this case will be dismissed with prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, on February 6, 2009.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiffs, pro se